UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

**HERIBERTO VALIENTE,**

      Plaintiff,

v.

**BAPTIST HEALTH SOUTH FLORIDA INC**,
and **PALM BEACH CREDIT ADJUSTORS INC**
*d/b/a* **KENDALL CREDIT AND BUSINESS SERVICE INC**,

      Defendant(s).
_____/

**SUMMONS IN CIVIL ACTION**

To:

    **Palm Beach Credit Adjustors Inc d/b/a Kendall Credit and Business Service Inc**
    **c/o Corporation Service Company**
    **1201 Hays Street**
    **Tallahassee, Florida 32301**

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas Patti, Esq.
Patti Zabaleta Law Group
110 SE 6th Street Suite 1732, Fort Lauderdale, Florida 33309
E-mail: tom@PZLG.Legal / Phone: 561-542-8550

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                                              *Signature of Clerk of Deputy Clerk*