

**Baptist Hospital**
BAPTIST HEALTH SOUTH FLORIDA

Page 1 of 2

9/3/2024

Patient Name: Valiente, Heriberto
Account Number: 17244869-1
Due Date: Upon Receipt

## REQUEST FOR PAYMENT

### Account Summary

| | |
|---|---|
| Date of Service: | 7/20/2024 |
| Description of Service: | Urgent Care Services |
| Place of Service: | Kendale Lakes Urgent Care |

| | |
|---|---|
| Total Charges | $ 743.00 |
| Insurance Payment / Adjustments | - $ 297.20 |
| Prior Patient Payments | $ 0.00 |
| **AMOUNT YOU OWE** | **$ 445.80** |

Pay online! It's fast, easy, and secure.
**https://billpay.baptisthealth.net**
VISA

Scan this code to pay with your smart phone.

Our automated system provides up-to-date information about your account 24/7 at 786-596-6507 or toll free at 1-800-235-0065.

See reverse side of this statement for frequently asked questions.

### IMPORTANT MESSAGE

We have previously informed you of your account balance and requested that you remit full payment upon receipt of this letter. Your account is now PAST DUE. Please pay online securely at: https://billpay.baptisthealth.net.

If you have merely overlooked making payment, we understand that errors do occur. We urge you to make payment upon receipt of this statement to avoid any further collection action. If you have already made payment, please disregard this notice.

If you have any questions about your out-of-pocket expense, please contact your insurance provider so that they can explain how your claim was processed. Your insurance provider determines benefit coverage and any patient financial responsibility. Our Baptist Health Customer Service Representatives do not have access to the terms of your insurance policy.

996867855

Statement68

---

**Baptist Hospital**
BAPTIST HEALTH SOUTH FLORIDA
PO Box 830080
Miami, FL 30283

**Pay By Mail for Account Number: 17244869-1**

| Amount Due | Due Date | Amount Enclosed |
|---|---|---|
| $ 445.80 | Upon Receipt | $ _____ |

BAP40C 4001468 406421582
Valiente, Heriberto
4214 SW 164TH PATH
MIAMI, FL 33185-5290

Mail Payment Here →

Baptist Hospital
PO Box 198116
Atlanta, GA 30384-8116

00017244869100000445802012007