

P.O. Box 830847
Miami FL 33283-0847

Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 11/25/24 | $ 445.80 | 17244869-1 |

SHOW AMOUNT PAID HERE $

KEN55C 5145943 655130604

Heriberto Valiente
4214 SW 164TH PATH
MIAMI FL 33185-5290

Kendall Credit
and Business Service, Inc.
P.O. Box 404665
Atlanta, GA 30384-4665

0001724486910000044580201007

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## STATEMENT

**** Please include your account number on all forms of payment ****

Si necesita una interpretacion de esta carta, por favor comuniquese con nuestra oficina.

PLEASE CALL Darlene Gingras AT (786) 594-6688 EXT. 46666

Creditor: Baptist Hospital
Debtor: Valiente, Heriberto
Account No.: 17244869-1
Service Date: 07/20/24
Amount Due: $445.80

You have not responded to our first collection notice, therefore we will now pursue full collection efforts. To avoid further collection efforts, send your payment in full to our office.

If you are unable to pay this amount in full now, please call us today and make an acceptable arrangement. Do not delay this important matter which requires your attention.

**** Please include your account number on all forms of payment ****

***** To pay online go to: https://billpay.baptisthealth.net *****

Federal law requires us to inform you that this is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector.