*EXHIBIT "3"*

P.O. Box 830847
Miami FL 33283-0847

□ Please check box if address is incorrect or insurance information
has changed, and indicate change(s) on reverse side.

| | | | IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL IN BELOW |
|---|---|---|---|
| | | | CHECK CARD USING FOR PAYMENT |

□ VISA □ MasterCard □ DISCOVER NOVUS □ AMERICAN EXPRESS

CARD NUMBER

SIGNATURE | EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 01/06/25 | $ 643.20 | 17173825-1 |
| | SHOW AMOUNT PAID HERE | $ |

KEN55C 5257219 677680852

Heriberto Valiente
4214 SW 164TH PATH
MIAMI FL 33185-5290

Kendall Credit
and Business Service, Inc.
P.O. Box 404665
Atlanta, GA 30384-4665

0001717382510000064320201007

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## STATEMENT

**** Please include your account number on all forms of payment ****

Si necesita una interpretacion de esta carta, por favor comuniquese con nuestra oficina.

PLEASE CALL Darlene Gingras AT (786) 594-6688 EXT. 46666

Creditor: Baptist Hospital
Debtor: Valiente,Heriberto
Account No.: 17173825-1
Service Date: 07/11/24
Amount Due: $643.20

Your Account is long past due and must be paid in full.

As of this date, your debt remains unpaid. We have previously notified you in writing regarding your outstanding debt, yet we have received no resolution from you. Collection efforts will continue until the debt is paid.

Forward payment in full to our office or contact your account representative to make an acceptable payment arrangement.

Do not delay this important matter which requires your attention.

**** Please include your account number on all forms of payment ****

***** To pay online go to: https://billpay.baptisthealth.net *****

Federal law requires us to inform you that this is an attempt to collect a debt and any information obtained will be used for that purpose.

This communication is from a debt collector.

Heriberto Valiente

17173825-1

# CHANGE OF ADDRESS OR HEALTH INSURANCE INFORMATION

If you have new health insurance or a new address, please enter the information below.

| NEW ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| NEW PHONE# | | NEW EMAIL ADDRESS | |
| POLICY HOLDER'S NAME/RELATIONSHIP TO PATIENT | | POLICY ID #        GROUP # | |
| EFFECTIVE DATE | BIRTH DATE OF INSURED | HMO/PPO/OTHER | INSURANCE PHONE # |
| IF GROUP INSURANCE, NAME OF GROUP (EMPLOYER, UNION/ASSOCIATION) | | | |
| INSURANCE COMPANY NAME | | INSURANCE ADDRESS | |
| EMPLOYER | | EMPLOYER ADDRESS | |