# *EXHIBIT "8"*

ALERT: SEVERE WEATHER IN THE MIDWEST AND CENTRAL U.S. AND WINTER STORMS IN TH…

# USPS Tracking®

FAQs >

Tracking Number:                                                          Remove ✕

## 92071902358909000029788969

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We were notified by the shipper to expect your package for mailing. A delivery date will be provided when USPS receives the package.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

● **Pre-Shipment**
**Pre-Shipment, USPS Awaiting Item**
December 5, 2024

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                          ⌄

USPS Tracking Plus®                                                          ⌄

Product Information                                                          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**