# *EXHIBIT "9"*

ALERT: SEVERE WEATHER IN THE MIDWEST AND CENTRAL U.S. AND WINTER STORMS IN TH…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9207190235890900029138641

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility, Arriving Late**
November 8, 2024

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
November 4, 2024, 7:02 am

**Arrived at USPS Regional Destination Facility**
JACKSONVILLE FL DISTRIBUTION CENTER
October 25, 2024, 11:12 am

**Processing Exception, Regional Weather Delay**
October 20, 2024, 6:46 pm

**Arrived at USPS Regional Destination Facility**
TALLAHASSEE FL DISTRIBUTION CENTER
October 19, 2024, 4:31 pm

**Processing Exception, Regional Weather Delay**

Feedback

October 16, 2024, 6:24 pm

**Arrived at USPS Regional Origin Facility**
ROCHESTER NY DISTRIBUTION CENTER
October 15, 2024, 6:41 pm

**Processing Exception, Regional Weather Delay**
October 15, 2024, 5:41 pm

**Accepted at USPS Regional Origin Facility**
NORTHWEST ROCHESTER NY DISTRIBUTION CENTER
October 15, 2024, 5:26 pm

**Pre-Shipment, USPS Awaiting Item**
October 9, 2024

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs