# *EXHIBIT "13"*



Division of Corporations

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
KENDALL CREDIT AND BUSINESS SERVICE, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P93000058998 |
| **FEI/EIN Number** | 65-0434778 |
| **Date Filed** | 08/18/1993 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 03/20/2024 |
| **Event Effective Date** | NONE |

**Principal Address**

6855 RED ROAD, SUITE 600
CORAL GABLES, FL 33143

Changed: 01/24/2024

**Mailing Address**

6855 RED ROAD
SUITE 500
CORAL GABLES, FL 33143

Changed: 02/23/2009

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Name Changed: 07/23/2020

Address Changed: 07/23/2020

**Officer/Director Detail**

**Name & Address**

Title V

ARSENAULT, MATTHEW V
6855 RED ROAD SUITE 600
CORAL GABLES, FL 33143

Title P

LOPEZ-BLAZQUEZ, ANA
6855 RED ROAD, SUITE 600
CORAL GABLES, FL 33143

Title V

NILSSON, KEITH
6855 RED ROAD, SUITE 600
CORAL GABLES, FL 33143

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 04/05/2022 |
| 2023 | 03/20/2023 |
| 2024 | 02/15/2024 |

**Document Images**

| | |
|---|---|
| 02/15/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2024 -- Amended and Restated Articles | View image in PDF format |
| 03/20/2023 -- ANNUAL REPORT | View image in PDF format |
| 10/07/2022 -- Amendment | View image in PDF format |
| 04/05/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/02/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/23/2020 -- Reg. Agent Change | View image in PDF format |
| 01/21/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2019 -- ANNUAL REPORT | View image in PDF format |
| 09/10/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/20/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/21/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/23/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/30/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2006 -- Reg. Agent Change | View image in PDF format |

| | |
|---|---|
| 04/29/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/19/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/08/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/05/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/20/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/15/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 03/22/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations