# *EXHIBIT "14"*

1/30/25, 11:05 AM
sunbiz.org - Florida Department of State
Case 1:25-cv-20858-RAR   Document 9-14   Entered on FLSD Docket 03/26/2025   Page 2 of 2



Division of Corporations

Previous on List . Next on List . Return to List

No Filing History

Fictitious Name Search

Submit

# Fictitious Name Detail

### Fictitious Name

KENDALL CREDIT AND BUSINESS SERVICE

### Filing Information

| | |
|---|---|
| **Registration Number** | G24000088457 |
| **Status** | ACTIVE |
| **Filed Date** | 07/24/2024 |
| **Expiration Date** | 12/31/2029 |
| **Current Owners** | 1 |
| **County** | MULTIPLE |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | NONE |

### Mailing Address

2815 S. SEACREST BLVD.
BOYNTON BEACH, FL 33435

### Owner Information

PALM BEACH CREDIT ADJUSTORS, INC.
2817 S. SEACREST BLVD.
BOYNTON BEACH, FL 33435
**FEI/EIN Number:** 59-2507658
**Document Number:** H27301

### Document Images

07/24/2024 -- Fictitious Name Filing    View image in PDF format

Previous on List . Next on List . Return to List

No Filing History

Fictitious Name Search

Submit