UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20858-RAR

**HERIBERTO VALIENTE**,

    Plaintiff,

v.

**PALM BEACH CREDIT ADJUSTORS INC.,**
*d/b/a* **KENDALL CREDIT & BUSINESS SERVICE, INC.,** *et al.*,

    Defendants.
_____/

## ORDER REQUIRING JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **April 17, 2025**.  In addition, by **April 17, 2025**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Miami, Florida, this 27th day of March, 2025.

                            **RODOLFO A. RUIZ II**
                            **UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.