# Exhibit D

October 9, 2024

TO:      Baptist Health South Florida, INC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

*Via* CERTIFIED MAIL

Re:      Account No. ending in 4869-1 with a balance of $445.50

To Whom It May Concern:

Our office represents VALIENTE HERIBERTO with respect to the above-referenced account (the "Account"). VALIENTE HERIBERTO disputes validity of the debt your organization claims to be owed in connection with the Account, as well as demands validation of said debt. Do not contact or communicate with our client VALIENTE HERIBERTO directly. Direct and/or send all communications and/or correspondence regarding the Account to our office, located at 110 SE 6th Street Suite 1732 Fort Lauderdale, FL 33301, 561-542-8550.

Sincerely,

Patti Zabaleta Law Group

Page: 1 of 1