UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20858-RAR/Louis

**HERIBERTO VALIENTE,**

    **Plaintiff,**

**v.**

**BAPTIST HEALTH SOUTH FLORIDA, INC., and PALM BEACH CREDIT ADJUSTORS, INC. d/b/a KENDALL CREDIT AND BUSINESS SERVICE, INC.,**

    **Defendants.**

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, Baptist Health South Florida, Inc., and Palm Beach Credit Adjustors, Inc., by and through undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and the Court's Order Requiring Certificates of Interested Parties [DE 10], hereby file their Certificate of Interested Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    1.    Baptist Health South Florida, Inc. (Defendant)

    2.    Bethesda Holding Company, Inc. (Affiliate of Defendants)

    3.    Bethesda Hospital, Inc. (Affiliate of Defendants)

    4.    Isicoff & Ragatz, PLLC, d/b/a Isicoff Ragatz (counsel for Defendants)

5. Isicoff, Eric D. (counsel for Defendants)

6. Mancing, Catherine A. (counsel for Defendants)

7. Palm Beach Credit Adjustors, Inc. (Defendant)

8. Patti, Thomas (counsel for Plaintiff)

9. Patti Zabaleta Law Group (counsel for Plaintiff)

10. Valiente, Heriberto (Plaintiff)

11. Zabaleta, Victor (counsel for Plaintiff)

## CORPORATE DISCLOSURE STATEMENT

Palm Beach Credit Adjustors, Inc. is a Florida profit corporation that is wholly owned by Bethesda Holding Company, Inc. Palm Beach Credit Adjustors, Inc. is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

Bethesda Holding Company, Inc. is a Florida profit corporation that is wholly owned by Bethesda Hospital, Inc. Bethesda Holding Company, Inc. is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

Bethesda Hospital, Inc. is a Florida non-member not-for-profit corporation that is controlled by Baptist Health South Florida, Inc. Bethesda Hospital, Inc. is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

Baptist Health South Florida, Inc. is a Florida not-for-profit corporation with no parent corporations. Baptist Health South Florida, Inc. is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Catherine A. Mancing
      Eric D. Isicoff
      Florida Bar No. 372201
      Isicoff@irlaw.com
      Catherine A. Mancing
      Florida Bar No. 23765
      Mancing@irlaw.com

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF on this 15th day of April 2025 upon the following:

Thomas Patti, Esq.
Victor Zabaleta, Esq.
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, FL 33301
Tel.: (561) 542-8550
E-mail: Tom@pzlg.legal
E-mail: Victor@pzlg.legal

By: /s/ Catherine A. Mancing
      Catherine A. Mancing