**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20858-RAR**

**HERIBERTO VALIENTE,**

     Plaintiff**,**

v.

**BAPTIST HEALTH SOUTH FLORIDA,**
**INC., AND PALM BEACH CREDIT**
**ADJUSTORS, INC. D/B/A KENDALL**
**CREDIT AND BUSINESS SERVICE,**
**INC.,**

     Defendant.

_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

THIS MATTER, having come before this Court on Plaintiffs' Unopposed Motion for Extension of Time to File a Response to Defendants' Motion to Dismiss Amended Complaint, and this Court, having reviewed the file, the Motion, and otherwise being fully informed on the matter,it is hereby:

**ORDERED AND ADJUDGED** that said Motion is **GRANTED**.  Plaintiff shall have until May 21, 2025, in which to respond to the Court's Order.

**DONE** and **ORDERED** in Chambers in Miami, Florida on this _____ day of April 2025.

                                     _____

                                       Judge Rodolfo A. Ruiz, II