**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-20858-RAR**

**HERIBERTO VALIENTE**,

    Plaintiff,

v.

**PALM BEACH CREDIT ADJUSTORS INC.**, *d/b/a* **KENDALL CREDIT**, *et al.*,

    Defendants.

_____/

**ORDER RESCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Judge Rosa I. Rodriguez (Ret.) on **September 17, 2025, at 2:00 P.M.** at **1395 Brickell Avenue, Suite 800, Miami, FL 33131**. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**