## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:25-cv-20858-RAR/Louis

**HERIBERTO VALIENTE,**

     **Plaintiff,**

**v.**

**BAPTIST HEALTH SOUTH FLORIDA, INC., and PALM BEACH CREDIT ADJUSTORS, INC. d/b/a KENDALL CREDIT AND BUSINESS SERVICE, INC.,**

     **Defendants.**

_____/

### SWORN DECLARATION OF ERIC D. ISICOFF IN SUPPORT OF DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS AND EXPENSES

I, Eric D. Isicoff, hereby state the following facts under penalty of perjury:

1.     I am over the age of eighteen and have personal, first-hand knowledge of the facts stated herein.

2.     I am an attorney duly authorized to practice law in the state of Florida and have been engaged in the practice of law since 1983.

3.     I am a managing partner at the law firm of Isicoff Ragatz ("IR") in Miami, Florida and have been licensed to practice law in Forida since 1983. I am the lead attorney of record for Defendants, Baptist Health South Florida, Inc. ("Baptist Health"), and Palm Beach Credit Adjustors, Inc. d/b/a Kendall Credit and Business Service, Inc. ("PBCA"), in the above-styled action. Baptist Health engaged IR on an hourly basis to represent its interests in this case. Baptist Health contracts with PBCA and, pursuant to an agreement between them, has advanced all fees and costs incurred by PBCA in the action.

4.      I have reviewed IR's files to determine the total attorneys' fees and costs incurred in connection with IR's representation of Baptist Health and PBCA in this action. Attached hereto as **Composite Exhibit 1** are IR's billing invoices expended in this matter to date and spreadsheets totaling same, broken down by time entry/charge, timekeeper and hourly rate.

5.      As set forth in the attached spreadsheets and invoices, Baptist Health has incurred $94,470.00 in attorneys' fees with respect to this matter, which were reasonably necessary to defend against Plaintiff's claims.

6.      As set forth in the attached spreadsheets and invoices, Baptist Health has incurred $6,242.32 in non-taxable costs with respect to this matter, which were reasonably necessary to defend against Plaintiff's claims.

7.      As set forth in the attached spreadsheets and invoices, the following timekeepers worked on this matter at the indicated hourly rates: (1) Eric D. Isicoff, a shareholder and managing partner licensed to practice law in Florida since 1983; (2) Christopher M. Yannuzzi, a partner licensed to practice law in Florida since 2011; (3) Catherine A. Mancing, a senior associate licensed to practice law in Florida since 2006; and (4) Eloisa Fernandez, an experienced paralegal.

8.      I am familiar with the services customarily rendered by firms representing defendants in an action of the nature involved herein and the fees customarily charged by or awarded to counsel in such actions. The hourly rates of IR shareholders, partners, associates and paralegals through the time of filing this motion are comparable to or less than those charged in this community by individuals of comparable skill and experience. The services provided by IR were reasonably necessary to properly represent Baptist Health's and PBCA's interests in this matter.

9.      In my experience, considering the prevailing market rate in Miami-Dade County for similar services by lawyers of reasonably comparable skill and experience, the hourly rates set forth in Composite Exhibit 1 are within the range of hourly rates charged for the time of comparable attorneys and paralegals in Miami-Dade County. Accordingly, it is my opinion that the hourly rates charged by IR in this case are reasonable.

10.     In my opinion, the billing invoices attached hereto as Composite Exhibit 1 contain no excessive, redundant or otherwise unnecessary hours and, thus, the hours billed were reasonably expended.

11.     I reasonably estimate that Baptist Health will incur an additional $10,000 in attorneys' fees and $500.00 in costs in drafting and obtaining rulings on their motions for fees and non-taxable costs.

12.     Thus, Baptist Health's total fee request is $104,470.00, which is based upon reasonable hourly rates and a reasonable number of hours expended by IR, and $6,742.32 in non-taxable costs.

**FURTHER AFFIANT SAYETH NAUGHT**

I hereby state, under penalty of perjury, that the foregoing facts are true and correct.

_____                    _____
Eric D. Isicoff                                                             Date

2-18-26

*EXHIBIT "1"*

# Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

Baptist Health South Florida, Inc.                          April 7, 2025
8900 N. Kendall Drive                          File #:    B0005-618
Accounts Payable Dept. - Attn: David Friedman, Esq.          Inv #:      72740
Miami, FL 33176

---

**RE:**    Heriberto Valiente (Federal Court)
For Professional Services Rendered Through:          3/31/2025

| | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| Mar-11-25 | CAM Review and analyze Complaint. | $450.00 | 0.80 | 360.00 |
| | CAM Review and analyze Kendall Credit notes. | $450.00 | 0.30 | 135.00 |
| | CAM Email from D. Friedman regarding Complaint. | $450.00 | 0.10 | 45.00 |
| Mar-12-25 | CAM Continue analyzing allegations in Complaint and compare to client documents. | $450.00 | 0.60 | 270.00 |
| | CAM Email to D. Friedman regarding documents needed to analyze Complaint. | $450.00 | 0.10 | 45.00 |
| Mar-14-25 | CAM Email to M. Sierra-Serrano regarding documents needed to analyze Complaint. | $450.00 | 0.10 | 45.00 |
| | CAM Call with M. Sierra-Serrano regarding documents needed to analyze Complaint. | $450.00 | 0.20 | 90.00 |
| Mar-17-25 | CAM Email to M. Sierra-Serrano regarding documents needed to analyze Complaint. | $450.00 | 0.10 | 45.00 |
| | CAM Legal research and analysis regarding potential defenses to the allegations in the Complaint. | $450.00 | 1.50 | 675.00 |
| | CAM Research prior lawsuits filed by the Plaintiff. | $450.00 | 0.50 | 225.00 |
| Mar-18-25 | CAM Analyze client documents. | $450.00 | 0.80 | 360.00 |
| | CAM Email to D. Friedman analyzing Complaint and identifying potential responses. | $450.00 | 0.40 | 180.00 |
| Mar-19-25 | CAM Prepare Motion to Dismiss Complaint. | $450.00 | 2.50 | 1,125.00 |
| | CAM Legal research and analysis regarding standing for Motion to Dismiss Complaint. | $450.00 | 1.50 | 675.00 |

|  |  |  |
|---|---|---|
| Page | | 2 |
| Invoice #: | | 72740 |
| File #: | | B0005-618 |

| | | | | |
|---|---|---|---|---|
| Mar-20-25 | CAM | Legal research and analysis regarding independent contractors for Motion to Dismiss Complaint. | $450.00 | 1.20 | 540.00 |
| Mar-24-25 | CAM | Continue working on Motion to Dismiss Complaint. | $450.00 | 6.50 | 2,925.00 |
| Mar-25-25 | CAM | Continue working on Motion to Dismiss Complaint. | $450.00 | 2.00 | 900.00 |
| Mar-26-25 | CAM | Finalize Motion to Dismiss Complaint. | $450.00 | 1.50 | 675.00 |

Total Hours and Fees    20.70    $9,315.00

**Sub-Total  Current Fees and Costs**    **$9,315.00**

**Amount Due**    **$9,315.00**

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Catherine A. Mancing | 20.70 | $450.00 | $9,315.00 |

# Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

| | |
|---|---|
| Baptist Health South Florida, Inc. | May 7, 2025 |
| 8900 N. Kendall Drive | File #:   B0005-618 |
| Accounts Payable Dept. - Attn: David Friedman, Esq. | Inv #:   72846 |
| Miami, FL 33176 | |

**RE:**   Heriberto Valiente (Federal Court)
For Professional Services Rendered Through:        4/30/2025

| | Timekeeper | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Apr-01-25 | CAM | Email exchange with Plaintiff's counsel regarding Rule 26 conference. | $450.00 | 0.10 | 45.00 |
| | CAM | Review and analyze Order Requiring Joint Scheduling Report and Certificates of Interested Parties. | $450.00 | 0.10 | 45.00 |
| | CAM | Prepare Certificate of Interested Parties and Corporate Disclosure Statement. | $450.00 | 0.30 | 135.00 |
| Apr-02-25 | CAM | Review Plaintiff's proposed Joint Scheduling Report. | $450.00 | 0.10 | 45.00 |
| | CAM | Rule 26 Conference with Plaintiff's counsel. | $450.00 | 0.20 | 90.00 |
| | CAM | Revise Plaintiff's proposed Joint Scheduling Report. | $450.00 | 0.30 | 135.00 |
| | CAM | Review Plaintiff's counsel's time sheets. | $450.00 | 0.60 | 270.00 |
| Apr-03-25 | EDI | Review corporate disclosure report | $625.00 | 0.20 | 125.00 |
| | CMY | Review/edit Joint Scheduling Report and proposed Scheduling Order | $500.00 | 0.30 | 150.00 |
| | CAM | Email exchange with V. Alvarez-Tapia regarding corporate disclosure for Palm Beach Credit Adjustors. | $450.00 | 0.10 | 45.00 |
| | CAM | Prepare Joint Scheduling Order. | $450.00 | 0.40 | 180.00 |
| | CAM | Email from D. Friedman regarding corporate disclosure for Palm Beach Credit Adjustors. | $450.00 | 0.10 | 45.00 |
| | CAM | Revise Corporate Disclosure to incorporate information provided by D. Friedman. | $450.00 | 0.10 | 45.00 |

Page 2

Invoice #: 72846

File #: B0005-618

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Apr-07-25 | EDI | Review court filings and communications with opposing counsel | $625.00 | 0.20 | 125.00 |
| | CMY | Review/edit second draft of Joint Scheduling Report and proposed Scheduling Order | $500.00 | 0.20 | 100.00 |
| | CAM | Work on Corporate Disclosure Statement. | $450.00 | 0.10 | 45.00 |
| | CAM | Review Plaintiff's First Set of Interrogatories to Palm Beach Credit Adjustors. | $450.00 | 0.30 | 135.00 |
| | CAM | Review Plaintiff's First Request for Documents to Palm Beach Credit Adjustors. | $450.00 | 0.30 | 135.00 |
| | CAM | Email to V. Alvarez-Tapia regarding Plaintiff's discovery requests. | $450.00 | 0.30 | 135.00 |
| | CAM | Finalize proposed Joint Scheduling Report. | $450.00 | 0.30 | 135.00 |
| | CAM | Email to Plaintiff's counsel regarding Joint Scheduling Report and Order. | $450.00 | 0.10 | 45.00 |
| | CAM | Review Plaintiff's First Set of Interrogatories to Baptist Health S. Florida. | $450.00 | 0.20 | 90.00 |
| | CAM | Review Plaintiff's First Request for Admissions to Palm Beach Credit Adjustors. | $450.00 | 0.10 | 45.00 |
| | CAM | Review Plaintiff's First Request for Production to Baptist Health S. Florida. | $450.00 | 0.20 | 90.00 |
| | CAM | Review Plaintiff's First Request for Admissions to Baptist Health S. Florida. | $450.00 | 0.10 | 45.00 |
| | CAM | Email to M. Sierra-Serrano regarding Plaintiff's discovery requests. | $450.00 | 0.20 | 90.00 |
| | CAM | Prepare First Request for Production to Plaintiff. | $450.00 | 1.00 | 450.00 |
| | CAM | Prepare First Set of Interrogatories to Plaintiff. | $450.00 | 1.00 | 450.00 |
| Apr-08-25 | EDI | Review scheduling order and other filings | $625.00 | 0.20 | 125.00 |
| | CAM | Review Joint Scheduling Report and Joint Scheduling Order submitted to the Court by the Plaintiff to ensure accuracy. | $450.00 | 0.10 | 45.00 |
| | CAM | Email from V. Alvarez-Tapia regarding documents for production. | $450.00 | 0.10 | 45.00 |
| Apr-09-25 | EDI | Communications regarding how to address growing number of "shake down" law suits | $625.00 | 0.30 | 187.50 |

Page     3

Invoice #:     72846

File #:     B0005-618

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | CAM | Email exchange with M. Sanchez regarding document production. | $450.00 | 0.10 | 45.00 |
| | CAM | Review and analyze 175-paragraph, 8 count First Amended Complaint. | $450.00 | 0.40 | 180.00 |
| | CAM | Review Court Order denying as moot the Motion to Dismiss Complaint in light of Plaintiff's First Amended Complaint. | $450.00 | 0.10 | 45.00 |
| Apr-10-25 | CAM | Email exchange with M. Sanchez regarding discovery responses. | $450.00 | 0.10 | 45.00 |
| | CAM | Call with V. Alvarez-Tapia regarding responses to First Set of Interrogatories. | $450.00 | 0.30 | 135.00 |
| Apr-11-25 | CAM | Zoom call with M. Sierra-Serrano and M. Sanchez regarding responses to Plaintiff's First Set of Interrogatories. | $450.00 | 0.40 | 180.00 |
| | CAM | Prepare Motion to Dismiss 175-paragraph, 8 count First Amended Complaint. | $450.00 | 2.00 | 900.00 |
| Apr-14-25 | CAM | Continue working on Motion to Dismiss First Amended Complaint. | $450.00 | 3.00 | 1,350.00 |
| Apr-16-25 | CAM | Call with PBCA regarding automated creation of statements. | $450.00 | 0.50 | 225.00 |
| Apr-17-25 | CAM | Continue working on Motion to Dismiss First Amended Complaint. | $450.00 | 2.50 | 1,125.00 |
| Apr-18-25 | EDI | Review and revise motion to dismiss all claims in federal court | $625.00 | 1.00 | 625.00 |
| | CAM | Email from M. Sanchez regarding Plaintiff's medical records. | $450.00 | 0.10 | 45.00 |
| Apr-21-25 | EDI | Review and revise motion to dismiss | $625.00 | 1.00 | 625.00 |
| | CAM | Prepare Baptist Health Responses to First Requests for Admission. | $450.00 | 0.50 | 225.00 |
| | CAM | Prepare Palm Beach Credit Adjustors Responses to First Requests for Admission. | $450.00 | 0.80 | 360.00 |
| Apr-22-25 | CAM | Finalize Motion to Dismiss First Amended Complaint. | $450.00 | 2.20 | 990.00 |
| | CAM | Review Trial Order. | $450.00 | 0.10 | 45.00 |
| Apr-23-25 | CAM | Email to Plaintiff's counsel regarding deadline to select mediator and schedule mediation. | $450.00 | 0.10 | 45.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | CAM | Prepare Responses and Objections to First Set of Interrogatories to Baptist Health. | $450.00 | 1.20 | 540.00 |
|  | CAM | Prepare Responses and Objections to First Set of Interrogatories to Palm Beach Credit Adjustors. | $450.00 | 1.30 | 585.00 |
|  | CAM | Prepare Responses and Objections to First Request for Production to Palm Beach Credit Adjustors. | $450.00 | 0.50 | 225.00 |
| Apr-24-25 | EDI | Comments regarding court ordered selection of mediator | $625.00 | 0.30 | 187.50 |
|  | CAM | Email exchange with Plaintiff's counsel regarding mediation. | $450.00 | 0.10 | 45.00 |
|  | CAM | Prepare documents for production. | $450.00 | 0.60 | 270.00 |
| Apr-25-25 | EDI | Communications regarding pretrial order and mediation | $625.00 | 0.30 | 187.50 |
|  | CAM | Email to D. Friedman regarding representative to attend mediation. | $450.00 | 0.10 | 45.00 |
|  | CAM | Email exchange with Plaintiff's counsel regarding mediation date. | $450.00 | 0.10 | 45.00 |
| Apr-28-25 | EDI | Review all discovery responses and revise same | $625.00 | 0.60 | 375.00 |
|  | CAM | Email exchange with Plaintiff's counsel regarding an enlargement of time for Plaintiff to respond to the Motion to Dismiss First Amended Complaint. | $450.00 | 0.10 | 45.00 |
|  | CAM | Call with V. Alvarez-Tapia regarding Responses to First Set of Interrogatories to PBCA. | $450.00 | 0.30 | 135.00 |
|  | CAM | Email to D. Friedman regarding the corporate representative for mediation. | $450.00 | 0.10 | 45.00 |
| Apr-29-25 | EDI | Communications regarding scheduling of court ordered mediation | $625.00 | 0.20 | 125.00 |
|  | CAM | Email exchange with Plaintiff's counsel regarding mediation date. | $450.00 | 0.10 | 45.00 |
|  | CAM | Email exchange with Plaintiff's counsel regarding Notice of Mediation and proposed Order scheduling mediation. | $450.00 | 0.10 | 45.00 |
|  | CAM | Revise Plaintiff's proposed Notice of Mediation. | $450.00 | 0.10 | 45.00 |
|  | CAM | Revise Plaintiff's proposed Order scheduling mediation. | $450.00 | 0.10 | 45.00 |
|  | CAM | Review Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss Amended Complaint. | $450.00 | 0.10 | 45.00 |

|  |  |  |  |
|---|---|---|---|
| Page | | | 5 |
| Invoice #: | | | 72846 |
| File #: | | | B0005-618 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | CAM | Continue working on Responses and Objections to First Request for Production of Documents to PBCA. | $450.00 | 0.30 | 135.00 |
| | CAM | Prepare Responses and Objections to First Request for Production of Documents to Baptist Health. | $450.00 | 1.00 | 450.00 |
| | CAM | Email to M. Sierra-Serrano regarding Baptist's issuance of invoices to patients. | $450.00 | 0.10 | 45.00 |
| | CAM | Review client documents for production. | $450.00 | 0.50 | 225.00 |
| | CAM | Email from L. Morris at PBCA regarding responses to First Set of Interrogatories. | $450.00 | 0.10 | 45.00 |
| Apr-30-25 | CAM | Review Order scheduling mediation. | $450.00 | 0.10 | 45.00 |
| | CAM | Teams call with PBCA clients regarding responses to First Set of Interrogatories. | $450.00 | 0.50 | 225.00 |
| | EF | Bate stamped documents for review/production | $75.00 | 0.50 | 37.50 |

|  |  |  |
|---|---|---|
| Total Hours and Fees | 32.80 | $15,350.00 |

|  |  |
|---|---|
| **Sub-Total  Current Fees and Costs** | **$15,350.00** |
| Previous Balance | 9,315.00 |
| **Amount Due** | **$24,665.00** |

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 4.30 | $625.00 | $2,687.50 |
| Christopher M. Yannuzzi | 0.50 | $500.00 | $250.00 |
| Catherine A. Mancing | 27.50 | $450.00 | $12,375.00 |
| Eloisa Fernandez | 0.50 | $75.00 | $37.50 |

## Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

| | |
|---|---|
| Baptist Health South Florida, Inc. | June 6, 2025 |
| 8900 N. Kendall Drive | File #:   B0005-618 |
| Accounts Payable Dept. - Attn: David Friedman, Esq. | Inv #:       72929 |
| Miami, FL 33176 | |

**RE:**   Heriberto Valiente (Federal Court)
For Professional Services Rendered Through:          5/31/2025

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| May-01-25 CAM Email to V. Alvarez-Tapia regarding documents requested by Plaintiff in his Request for Production. | $450.00 | 0.10 | 45.00 |
| CAM Prepare Responses and Objections to First Set of Interrogatories to Baptist. | $450.00 | 1.30 | 585.00 |
| CAM Prepare Responses and Objections to First Request for Production to Baptist. | $450.00 | 1.10 | 495.00 |
| CAM Continue working on First Set of Interrogatories to Plaintiff, from PBCA. | $450.00 | 1.20 | 540.00 |
| CAM Continue working on First Set of Interrogatories to Plaintiff, from Baptist. | $450.00 | 0.80 | 360.00 |
| CAM Email exchange with V. Alvarez-Tapia regarding documents for production. | $450.00 | 0.10 | 45.00 |
| May-02-25 CAM Email exchange with Kendall Credit regarding document production. | $450.00 | 0.10 | 45.00 |
| May-05-25 CAM Prepare First Set of Requests for Admission from PBCA. | $450.00 | 1.00 | 450.00 |
| CAM Prepare Rule 26 Initial Disclosures. | $450.00 | 0.80 | 360.00 |
| CAM Email to client regarding responses to First Set of Interrogatories to Baptist Health. | $450.00 | 0.10 | 45.00 |
| CAM Call with M. Sanchez regarding internal procedure for generating and sending communications to patients. | $450.00 | 0.20 | 90.00 |
| CAM Prepare Notice of Intent to Serve Subpoena on UnitedHealth. | $450.00 | 0.10 | 45.00 |

Page                    2
Invoice #:            72929
File #:           B0005-618

| | | | | | |
|---|---|---|---|---|---|
| | CAM | Prepare Subpoena for documents to UnitedHealth. | $450.00 | 0.50 | 225.00 |
| | CAM | Continue working on Responses and Objections to First Set of Requests for Admission to PBCA. | $450.00 | 0.60 | 270.00 |
| | CAM | Continue working on Responses and Objections to First Set of Requests for Admission to Baptist Health. | $450.00 | 0.30 | 135.00 |
| May-06-25 | EDI | Reviewed draft response to discovery | $625.00 | 0.60 | 375.00 |
| | EDI | Reviewed outgoing discovery; read updated discovery responses | $625.00 | 0.80 | 500.00 |
| | CAM | Email to PBCA regarding verification of Responses to First Set of Interrogatories. | $450.00 | 0.10 | 45.00 |
| | CAM | Email to J. Montgomery regarding documents needed for production. | $450.00 | 0.10 | 45.00 |
| May-07-25 | CAM | Email to Plaintiff's counsel regarding additional time to serve responses to the First Set of Interrogatories to Baptist Health. | $450.00 | 0.10 | 45.00 |
| | CAM | Email to J. Montgomery regarding additional documents for production. | $450.00 | 0.10 | 45.00 |
| | CAM | Finalize Baptist Health responses to written discovery from Plaintiff. | $450.00 | 0.30 | 135.00 |
| | CAM | Finalize PBCA responses to written discovery from Plaintiff. | $450.00 | 0.30 | 135.00 |
| | EF | Bate stamped documents for review and production | $75.00 | 0.50 | 37.50 |
| May-08-25 | CAM | Finalize first set of discovery to Plaintiff from PBCA. | $450.00 | 0.30 | 135.00 |
| | CAM | Finalize first set of discovery to Plaintiff from Baptist Health. | $450.00 | 0.40 | 180.00 |
| May-14-25 | CAM | Email to M. Sierra-Serrano regarding verification of Responses to First Set of Interrogatories. | $450.00 | 0.10 | 45.00 |
| | CAM | Finalize Responses to First Set of Interrogatories to Baptist Health. | $450.00 | 0.10 | 45.00 |
| May-20-25 | CAM | Review and analyze Response in Opposition to Motion to Dismiss Amended Complaint. | $450.00 | 0.50 | 225.00 |
| May-21-25 | CAM | Prepare Reply in support of Motion to Dismiss Amended Complaint. | $450.00 | 3.50 | 1,575.00 |
| May-22-25 | CAM | Continue working on Reply in support of Motion to Dismiss Amended Complaint. | $450.00 | 2.50 | 1,125.00 |

|  |  |  |
|---|---|---|
| Page | | 3 |
| Invoice #: | | 72929 |
| File #: | | B0005-618 |

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | CAM | Legal research and analysis for Reply in support of Motion to Dismiss Amended Complaint. | $450.00 | 2.80 | 1,260.00 |
| May-23-25 EDI | | Reviewed and revised reply in support of motion to dismiss | $625.00 | 0.80 | 500.00 |
| May-27-25 EDI | | Reviewed and revised updated reply brief | $625.00 | 0.60 | 375.00 |
| | CAM | Finalize Reply in support of Motion to Dismiss Amended Complaint. | $450.00 | 1.50 | 675.00 |

| | | |
|---|---|---|
| Total Hours and Fees | 24.30 | $11,237.50 |

**COSTS**

| | | |
|---|---|---|
| May-01-25 | Westlaw Search Charges May 2025 | 691.23 |

| | |
|---|---|
| Total Costs | $691.23 |

| | |
|---|---|
| **Sub-Total Current Fees and Costs** | **$11,928.73** |
| Previous Balance | 24,665.00 |
| **Amount Due** | **$36,593.73** |

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 2.80 | $625.00 | $1,750.00 |
| Catherine A. Mancing | 21.00 | $450.00 | $9,450.00 |
| Eloisa Fernandez | 0.50 | $75.00 | $37.50 |

## Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

Baptist Health South Florida, Inc.                                          July 7, 2025
8900 N. Kendall Drive                                             File #:     B0005-618
Accounts Payable Dept. - Attn: David Friedman, Esq.              Inv #:        73017
Miami, FL 33176

---

**RE:**   Heriberto Valiente (Federal Court)
For Professional Services Rendered Through:        6/30/2025

| | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| Jun-05-25 | CAM Email exchange with Plaintiff's counsel regarding enlargement of time to respond to discovery. | $450.00 | 0.10 | 45.00 |
| Jun-17-25 | CAM Series of emails with Plaintiff's counsel regarding mediation. | $450.00 | 0.20 | 90.00 |
| | CAM Email from Plaintiff's attorney inquiring if Baptist is interest in settling the case. | $450.00 | 0.10 | 45.00 |
| Jun-18-25 | EDI Communications regarding mediation; staffing; settlement potential | $625.00 | 0.40 | 250.00 |
| | CAM Series of emails exchanged with D. Friedman regarding designated representative to attend mediation. | $450.00 | 0.20 | 90.00 |
| Jun-23-25 | EDI Communications regarding latest attempt to engage in settlement discussions | $625.00 | 0.30 | 187.50 |
| | CAM Email exchange with D. Friedman regarding Plaintiff's request to engage in settlement discussions. | $450.00 | 0.10 | 45.00 |
| Jun-24-25 | CAM Call with Plaintiff's counsel regarding pending motion to dismiss and potential motion to stay pending the court's ruling on the motion to dismiss. | $450.00 | 0.10 | 45.00 |
| Jun-25-25 | EDI Reviewed challenge to fee request | $625.00 | 0.30 | 187.50 |
| Jun-30-25 | EDI Reviewed order on mediation schedule | $625.00 | 0.20 | 125.00 |

Total Hours and Fees     2.00    $1,110.00

**COSTS**

|  | Page | 2 |
|---|---|---|
|  | Invoice #: | 73017 |
|  | File #: | B0005-618 |

| Apr-01-25 | Westlaw Charges March 2025 | 1,086.79 |
|---|---|---|
| Jun-01-25 | Westlaw Search Charges May 2025 | 1,061.30 |

|  | Total Costs | $2,148.09 |
|---|---|---|

| **Sub-Total Current Fees and Costs** | **$3,258.09** |
|---|---|
| Previous Balance | 36,593.73 |
| Previous Payments | 36,593.73 |

| **Amount Due** | **$3,258.09** |
|---|---|

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 1.20 | $625.00 | $750.00 |
| Catherine A. Mancing | 0.80 | $450.00 | $360.00 |

# Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

Baptist Health South Florida, Inc.                                        August 6, 2025
8900 N. Kendall Drive                                        File #:        B0005-618
Accounts Payable Dept. - Attn: David Friedman, Esq.         Inv #:           73096
Miami, FL 33176

---

**RE:**   Heriberto Valiente (Federal Court)

For Professional Services Rendered Through:        7/31/2025

| | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| Jul-01-25 | CAM Email exchange with Plaintiff's counsel regarding court's rejection of Notice of Medication filed by the mediator. | $450.00 | 0.10 | 45.00 |
| Jul-02-25 | CAM Exchange series of emails with Plaintiff's counsel regarding mediator's failure to submit proper notice of mediation to the court. | $450.00 | 0.20 | 90.00 |
| | CAM Review corrected Notice of Mediation. | $450.00 | 0.10 | 45.00 |
| | CAM Review Court Order requiring clarification of date and time of mediation. | $450.00 | 0.10 | 45.00 |
| | CAM Prepare Status Report pursuant to Court Order clarifying date and time of mediation. | $450.00 | 1.50 | 675.00 |
| Jul-03-25 | EDI  Reviewed Joint Status Report as required by court | $625.00 | 0.20 | 125.00 |
| | CAM Email exchange with Plaintiff's counsel regarding Joint Status Report Regarding Mediation. | $450.00 | 0.10 | 45.00 |
| Jul-07-25 | CAM Review Order Rescheduling Mediation. | $450.00 | 0.10 | 45.00 |
| | CAM Review Order striking prior notices of mediation conference. | $450.00 | 0.10 | 45.00 |
| Jul-23-25 | EDI  Reviewed notice of supplemental authority | $625.00 | 0.30 | 187.50 |
| | CAM Review new 11th Circuit case and prepare Notice of Supplemental Authority in support of Motion to Dismiss Complaint. | $450.00 | 1.00 | 450.00 |

| | | |
|---|---|---|
| Total Hours and Fees | 3.80 | $1,797.50 |

Page 2
Invoice #:    73096
File #:    B0005-618

**Sub-Total Current Fees and Costs**                 **$1,797.50**

Previous Balance                                          3,258.09

**Amount Due**                                       **$5,055.59**

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 0.50 | $625.00 | $312.50 |
| Catherine A. Mancing | 3.30 | $450.00 | $1,485.00 |

# Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

| | |
|---|---|
| Baptist Health South Florida, Inc. | September 8, 2025 |
| 8900 N. Kendall Drive | File #:     B0005-618 |
| Accounts Payable Dept. - Attn: David Friedman, Esq. | Inv #:     73189 |
| Miami, FL 33176 | |

**RE:**   Heriberto Valiente (Federal Court)
For Professional Services Rendered Through:        8/31/2025

| | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| Aug-14-25 | EDI Reviewed objections to deposition notices to Baptist Health and Kendall Credit | $625.00 | 0.50 | 312.50 |
| | CAM Review and analyze Plaintiff's proposed areas of inquiry for deposition of Baptist Health corporate representative. | $450.00 | 0.10 | 45.00 |
| | CAM Review and analyze Plaintiff's proposed areas of inquiry for deposition of PBCA's corporate representative. | $450.00 | 0.10 | 45.00 |
| | CAM Prepare conferral letter to Plaintiff's counsel regarding Plaintiff's objections to Baptist Health's First Set of Interrogatories to Plaintiff. | $450.00 | 0.80 | 360.00 |
| | CAM Prepare conferral letter to Plaintiff's counsel regarding Plaintiff's objections to PBCA's First Set of Interrogatories to Plaintiff. | $450.00 | 0.50 | 225.00 |
| | CAM Prepare conferral letter to Plaintiff's counsel challenging areas of inquiry for deposition of Baptist Health corporate representative. | $450.00 | 1.00 | 450.00 |
| | CAM Prepare conferral letter to Plaintiff's counsel challenging areas of inquiry for deposition of PBCA corporate representative. | $450.00 | 0.60 | 270.00 |
| | CAM Review and analyze Second Set of Requests for Admissions directed to PBCA. | $450.00 | 0.10 | 45.00 |
| Aug-15-25 | EDI Reviewed deficiency letters regarding plaintiff's discovery responses; received updated objections to discovery notices | $625.00 | 0.60 | 375.00 |
| | CAM Email to D. Friedman regarding mediation. | $450.00 | 0.10 | 45.00 |

Page                2
Invoice #:          73189
File #:         B0005-618

| | | | | |
|---|---|---|---|---|
| | CAM | Email to D. Friedman regarding corporate representatives for depositions. | $450.00 | 0.10 | 45.00 |
| | CAM | Email to V. Alvarez-Tapia regarding deposition of PBCA representative. | $450.00 | 0.10 | 45.00 |
| | CAM | Email to M. Sierra-Serrano regarding deposition of Baptist Health representative. | $450.00 | 0.10 | 45.00 |
| | CAM | Finalize conferral letter to Plaintiff's counsel challenging Plaintiff's objections to Baptist Health's First Set of Interrogatories to Plaintiff. | $450.00 | 0.30 | 135.00 |
| | CAM | Finalize conferral letter to Plaintiff's counsel challenging areas of inquiry for deposition of Baptist Health corporate representative. | $450.00 | 0.30 | 135.00 |
| | CAM | Finalize conferral letter to Plaintiff's counsel challenging areas of inquiry for deposition of PBCA corporate representative. | $450.00 | 0.30 | 135.00 |
| Aug-18-25 | EDI | Reviewed comments regarding deposition topics and discovery issues | $625.00 | 0.30 | 187.50 |
| | CAM | Email exchange with V. Alvarez-Tapia regarding his deposition. | $450.00 | 0.10 | 45.00 |
| | CAM | Email from Plaintiff's counsel regarding revised Notice of Deposition of PBCA's corporate representative. | $450.00 | 0.10 | 45.00 |
| | CAM | Review and analyze Plaintiff's revised Notice of Deposition of PBCA's corporate representative. | $450.00 | 0.20 | 90.00 |
| | CAM | Email exchange with M. Sierra-Serrano regarding her deposition. | $450.00 | 0.20 | 90.00 |
| | CAM | Prepare documents and information for V. Alvarez-Tapia review in preparation for his deposition. | $450.00 | 1.80 | 810.00 |
| | EF | Bate stamped documents for review and production | $75.00 | 0.50 | 37.50 |
| Aug-19-25 | EDI | Communications regarding corporate rep depositions | $625.00 | 0.20 | 125.00 |
| | CAM | Email to Plaintiff's counsel regarding dates for the corporate representative depositions. | $450.00 | 0.10 | 45.00 |
| | CAM | Email to D. Friedman regarding motion for attorneys' fees. | $450.00 | 0.10 | 45.00 |
| Aug-20-25 | CAM | Email to Plaintiff's counsel regarding in person deposition of the Plaintiff. | $450.00 | 0.10 | 45.00 |

Page 3

Invoice #: 73189

File #: B0005-618

|  |  | | | |
|---|---|---|---|---|
|  | CAM Email to M. Sierra-Serrano regarding her deposition. | $450.00 | 0.10 | 45.00 |
|  | CAM Email exchange with V. Alvarez-Tapia regarding his deposition. | $450.00 | 0.10 | 45.00 |
| Aug-21-25 | EDI Communications regarding deposition of plaintiff | $625.00 | 0.30 | 187.50 |
|  | CAM Email to Plaintiff's counsel regarding location of Plaintiff's deposition. | $450.00 | 0.10 | 45.00 |
| Aug-25-25 | EDI Reviewed responses to requests for admissions and communications regarding deposition | $625.00 | 0.40 | 250.00 |
|  | CAM Email to V. Alvarez-Tapia regarding his deposition. | $450.00 | 0.10 | 45.00 |
|  | CAM Prepare Responses to Second Set of Requests for Admission to PBCA. | $450.00 | 1.10 | 495.00 |
|  | CAM Continue preparing documents for deposition of V. Alvarez-Tapia. | $450.00 | 1.00 | 450.00 |
|  | CAM Email to V. Alvarez-Tapia regarding preparation for his deposition. | $450.00 | 0.20 | 90.00 |
|  | CAM Prepare documents for M. Sierra-Serrano to review for her deposition. | $450.00 | 0.50 | 225.00 |
|  | CAM Email from V. Alvarez-Tapia regarding attorney notification. | $450.00 | 0.10 | 45.00 |
|  | CAM Email to V. Alvarez-Tapia regarding correspondence from Baptist to the Plaintiff. | $450.00 | 0.10 | 45.00 |
| Aug-27-25 | CAM Zoom meeting with V. Alvarez-Tapia regarding deposition preparation. | $450.00 | 0.60 | 270.00 |
|  | CAM Email to M. Sierra-Serrano regarding deposition preparation. | $450.00 | 0.10 | 45.00 |
|  | CAM Email exchange with Plaintiff's counsel regarding Plaintiff's deposition. | $450.00 | 0.10 | 45.00 |
|  | CAM Continue prepare materials and information for M. Sierra-Serrano to review for her deposition. | $450.00 | 1.00 | 450.00 |
|  | CAM Continue working on Plaintiff's deposition outline. | $450.00 | 0.60 | 270.00 |

Total Hours and Fees 15.80 $7,325.00

**COSTS**

Aug-01-25    Westlaw Charges for July 2025    29.16

|  | Page | 4 |
|---|---|---|
|  | Invoice #: | 73189 |
|  | File #: | B0005-618 |

| | Total Costs | $29.16 |
|---|---|---|

| **Sub-Total Current Fees and Costs** | **$7,354.16** |
|---|---|
| Previous Balance | 5,055.59 |
| Previous Payments | 5,055.59 |
| **Amount Due** | **$7,354.16** |

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 2.30 | $625.00 | $1,437.50 |
| Catherine A. Mancing | 13.00 | $450.00 | $5,850.00 |
| Eloisa Fernandez | 0.50 | $75.00 | $37.50 |

# Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

| | |
|---|---|
| Baptist Health South Florida, Inc. | October 7, 2025 |
| 8900 N. Kendall Drive | File #:  B0005-618 |
| Accounts Payable Dept. - Attn: David Friedman, Esq. | Inv #:  73289 |
| Miami, FL 33176 | |

**RE:**    Heriberto Valiente (Federal Court)

For Professional Services Rendered Through:    9/30/2025

| | Timekeeper | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Sep-02-25 | CAM | Call with V. Alvarez-Tapia to prepare him for his deposition. | $450.00 | 2.00 | 900.00 |
| | CAM | Email exchange with M. Sierra-Serrano regarding preparation for her deposition. | $450.00 | 0.10 | 45.00 |
| Sep-03-25 | CAM | Review and analyze additional documents from client. | $450.00 | 0.20 | 90.00 |
| | CAM | Call with V. Alvarez-Tapia regarding his deposition. | $450.00 | 0.20 | 90.00 |
| Sep-04-25 | EDI | Reviewed information learned from depo | $625.00 | 0.30 | 187.50 |
| | CAM | Review supplemental documents from client. | $450.00 | 0.20 | 90.00 |
| | CAM | Multiple calls with V. Alvarez-Tapia regarding his deposition. | $450.00 | 1.00 | 450.00 |
| | CAM | Defend deposition of V. Alvarez-Tapia. | $450.00 | 3.20 | 1,440.00 |
| | CAM | Receive and review Court order striking Plaintiff's notices of deposition. | $450.00 | 0.10 | 45.00 |
| Sep-05-25 | CAM | Zoom meeting with M. Sierra-Serrano to prepare for her deposition. | $450.00 | 1.40 | 630.00 |
| Sep-09-25 | CAM | Call with M. Sierra-Serrano regarding her deposition. | $450.00 | 0.30 | 135.00 |
| | CAM | Defend deposition of M. Sierra-Serrano. | $450.00 | 1.20 | 540.00 |
| | CAM | Prepare Mediation Statement. | $450.00 | 0.60 | 270.00 |
| Sep-10-25 | CAM | Prepare for Plaintiff's deposition. | $450.00 | 3.00 | 1,350.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | CAM | Prepare exhibits for Plaintiff's deposition. | $450.00 | 2.00 | 900.00 |
| Sep-11-25 | EDI | Reviewed and provided comments on Valiente deposition outline; reviewed outcome of plaintiff's deposition | $625.00 | 0.60 | 375.00 |
| | CAM | Continue preparing for Plaintiff's deposition. | $450.00 | 0.80 | 360.00 |
| | CAM | Take Plaintiff's deposition. | $450.00 | 3.50 | 1,575.00 |
| | CAM | Continue working on Mediation Statement. | $450.00 | 0.50 | 225.00 |
| Sep-12-25 | EDI | Reviewed and revised mediation statement | $625.00 | 0.40 | 250.00 |
| Sep-16-25 | EDI | Confer with client regarding mediation; reviewed and provided input for mediation presentation | $625.00 | 0.60 | 375.00 |
| Sep-17-25 | EDI | Communications regarding mediation and outcome | $625.00 | 0.30 | 187.50 |
| | CAM | Attend mediation. | $450.00 | 2.60 | 1,170.00 |
| Sep-18-25 | CAM | Email exchange with Plaintiff's counsel regarding mediation report. | $450.00 | 0.10 | 45.00 |
| | CAM | Review report of mediator. | $450.00 | 0.10 | 45.00 |
| Sep-19-25 | CAM | Email exchange with V. Alvarez-Tapia regarding review of his deposition transcript. | $450.00 | 0.10 | 45.00 |
| Sep-22-25 | CAM | Continue working on Statement of Undisputed Material Facts. | $450.00 | 1.50 | 675.00 |
| | CAM | Continue working on Motion for Final Summary Judgment. | $450.00 | 4.30 | 1,935.00 |
| Sep-23-25 | CAM | Email to M. Sierra-Serrano regarding her deposition transcript. | $450.00 | 0.10 | 45.00 |
| | CAM | Continue working on Motion for Final Summary Judgment. | $450.00 | 3.70 | 1,665.00 |
| Sep-24-25 | CAM | Continue working on Statement of Undisputed Material Facts. | $450.00 | 1.30 | 585.00 |
| | CAM | Continue working on Motion for Final Summary Judgment. | $450.00 | 3.00 | 1,350.00 |
| Sep-26-25 | CAM | Legal research and analysis regarding FDCPA for Motion for Final Summary Judgment. | $450.00 | 2.00 | 900.00 |
| | CAM | Continue working on Motion for Final Summary Judgment. | $450.00 | 2.50 | 1,125.00 |

Page 3

| | | | Invoice #: | 73289 |
| | | | File #: | B0005-618 |

| Date | | | Description | Rate | Hours | Amount |
|------|---|---|-------------|------|-------|--------|
| | CAM | Continue working on Statement of Undisputed Material Facts. | $450.00 | 0.40 | 180.00 |
| Sep-29-25 | EDI | Reviewed and revised motion for summary judgment | $625.00 | 0.60 | 375.00 |
| | CAM | Prepare Notice of Filing Summary Judgment Evidence. | $450.00 | 0.40 | 180.00 |
| | CAM | Continue working on Sworn Declaration of Maria Sierra-Serrano. | $450.00 | 0.30 | 135.00 |
| | CAM | Continue working on Motion for Summary Final Judgment. | $450.00 | 3.20 | 1,440.00 |
| Sep-30-25 | EDI | Reviewed Sierra-Seranno affidavit and statement of undisputed facts; final revision of motion for summary judgment | $625.00 | 1.00 | 625.00 |
| | CAM | Email to M. Sierra-Serrano regarding her Declaration in support of the Motion for Summary Final Judgment. | $450.00 | 0.10 | 45.00 |
| | CAM | Email to M. Sierra-Serrano regarding her Declaration in support of the Motion for Summary Final Judgment. | $450.00 | 0.10 | 45.00 |
| | CAM | Call with M. Sanchez regarding M. Sierra-Serrano Declaration. | $450.00 | 0.30 | 135.00 |
| | CAM | Finalize Notice of Filing Summary Judgment Evidence. | $450.00 | 0.20 | 90.00 |
| | CAM | Finalize Statement of Undisputed Material Facts. | $450.00 | 0.80 | 360.00 |
| | CAM | Review and analyze Plaintiff's Motion for Final Summary Judgment. | $450.00 | 0.20 | 90.00 |
| | EF | Organized exhibits for review and filing of Motion for Summary Judgment | $75.00 | 1.00 | 75.00 |

Total Hours and Fees      52.40    $23,870.00

**COSTS**

| Date | Description | Amount |
|------|-------------|--------|
| Jul-07-25 | PACER  3 @ .10 | 0.30 |
| Sep-01-25 | Westlaw Charges for August 2025 | 366.30 |
| Sep-11-25 | Deposition Transcript of Victor Alvarez-Tapia | 589.80 |
| Sep-18-25 | Mediator Charges | 1,500.00 |

|  |  |
|---|---|
| Page | 4 |
| Invoice #: | 73289 |
| File #: | B0005-618 |

| | |
|---|---|
| Total Costs | $2,456.40 |

| | |
|---|---|
| **Sub-Total Current Fees and Costs** | **$26,326.40** |
| Previous Balance | 7,354.16 |

| | |
|---|---|
| **Amount Due** | **$33,680.56** |

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 3.80 | $625.00 | $2,375.00 |
| Catherine A. Mancing | 47.60 | $450.00 | $21,420.00 |
| Eloisa Fernandez | 1.00 | $75.00 | $75.00 |

# Isicoff Ragatz

Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

Baptist Health South Florida, Inc.
8900 N. Kendall Drive
Accounts Payable Dept. - Attn: David Friedman, Esq.
Miami, FL 33176

November 4, 2025

| | |
|---|---|
| File #: | B0005-618 |
| Inv #: | 73372 |

**RE:** Heriberto Valiente (Federal Court)

For Professional Services Rendered Through: 10/31/2025

| | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| Oct-01-25 | CAM Prepare Statement of Material Facts in Opposition to Plaintiff's Statement of Material Facts. | $450.00 | 0.80 | 360.00 |
| | CAM Prepare Opposition to Plaintiff's Motion for Summary Judgment. | $450.00 | 1.50 | 675.00 |
| Oct-02-25 | CAM Continue working on Response in Opposition to Plaintiff's Motion for Summary Judgment. | $450.00 | 2.00 | 900.00 |
| Oct-03-25 | CAM Continue working on Response in Opposition to Plaintiff's Motion for Summary Judgment. | $450.00 | 2.50 | 1,125.00 |
| Oct-06-25 | CAM Prepare Notice of Supplemental Authority. | $450.00 | 0.50 | 225.00 |
| | CAM Prepare Statement of Material Facts in Opposition to Plaintiff's Statement of Material Facts. | $450.00 | 1.50 | 675.00 |
| | CAM Continue working on Response in Opposition to Plaintiff's Motion for Summary Judgment. | $450.00 | 2.30 | 1,035.00 |
| Oct-07-25 | EDI Reviewed Notice and Supplemental Authority, Joint Motion to Stay Deadlines and Proposed Order | $625.00 | 0.60 | 375.00 |
| | CAM Prepare Joint Expedited Motion to Extend Remaining Deadlines. | $450.00 | 1.30 | 585.00 |
| | CAM Prepare proposed Order Granting Joint Expedited Motion to Extend Remaining Deadlines. | $450.00 | 0.40 | 180.00 |
| | CAM Email to Plaintiff's counsel regarding Joint Expedited Motion to Extend Remaining Deadlines. | $450.00 | 0.10 | 45.00 |
| | CAM Continue working on Response in Opposition to Plaintiff's Motion for Summary Judgment. | $450.00 | 1.30 | 585.00 |

Page                     2
Invoice #:          73372
File #:         B0005-618

| | | | | | |
|---|---|---|---|---|---|
| Oct-08-25 | EDI | Reviewed motion to stay and court's order staying case | $625.00 | 0.40 | 250.00 |
| | CAM | Email from Plaintiff's counsel regarding edits to Joint Motion for Extension of Remaining Deadlines. | $450.00 | 0.10 | 45.00 |
| | CAM | Finalize Joint Motion for Extension of Remaining Deadlines. | $450.00 | 0.20 | 90.00 |
| | CAM | Review Order granting Joint Motion for Extension of Remaining Deadlines. | $450.00 | 0.10 | 45.00 |
| Oct-10-25 | EDI | Reviewed Court's order staying case and cancelling deadlines | $625.00 | 0.30 | 187.50 |
| | CAM | Review Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Final Summary Judgment. | $450.00 | 0.10 | 45.00 |
| Oct-14-25 | EDI | Reviewed and revised opposition to partial motion for summary judgment; reviewed statement of undisputed facts | $625.00 | 0.80 | 500.00 |
| | CAM | Finalize Response in Opposition to Plaintiff's Motion for Summary Judgment. | $450.00 | 1.50 | 675.00 |
| Oct-28-25 | CAM | Review and analyze Plaintiff's Response in Opposition to Motion for Final Summary Judgment. | $450.00 | 0.50 | 225.00 |
| | CAM | Review and analyze Plaintiff's Statement of Material Facts in Opposition to Defendants' Statement of Material Facts in Support of their Motion for Summary Judgment. | $450.00 | 0.20 | 90.00 |
| Oct-29-25 | CAM | Prepare Reply in Support of Motion for Summary Judgment. | $450.00 | 4.50 | 2,025.00 |
| Oct-30-25 | CAM | Prepare Reply to Plaintiff's Statement of Material Facts in Opposition to Defendants' Statement of Material Facts. | $450.00 | 1.20 | 540.00 |
| | CAM | Continue working on Reply in Support of Motion for Summary Judgment. | $450.00 | 3.50 | 1,575.00 |
| Oct-31-25 | CAM | Continue working on Reply to Plaintiff's Statement of Material Facts in Opposition to Defendants' Statement of Material Facts. | $450.00 | 3.00 | 1,350.00 |

Total Hours and Fees        31.20    $14,407.50

**COSTS**

| | | |
|---|---|---|
| Sep-26-25 | Deposition Transcript Heriberto Valiente | 942.90 |

Page     3

Invoice #:    73372

File #:    B0005-618

| Date | Description | Amount |
|------|-------------|-------:|
| Oct-01-25 | Westlaw Research Charges for September 2025 | 577.49 |
| Oct-14-25 | Deposition Transcript of Maria Serrano | 329.20 |

|  |  |
|--|--:|
| Total Costs | $1,849.59 |

| | |
|--|--:|
| **Sub-Total  Current Fees and Costs** | **$16,257.09** |
| Previous Balance | 33,680.56 |
| Previous Payments | 7,354.16 |
| **Amount Due** | **$42,583.49** |

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|------------|------:|-----:|-------:|
| Eric D. Isicoff | 2.10 | $625.00 | $1,312.50 |
| Catherine A. Mancing | 29.10 | $450.00 | $13,095.00 |

# Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

Baptist Health South Florida, Inc.
8900 N. Kendall Drive
Accounts Payable Dept. - Attn: David Friedman, Esq.
Miami, FL 33176

December 4, 2025

File #:  B0005-618
Inv #:  73476

---

**RE:** Heriberto Valiente (Federal Court)

For Professional Services Rendered Through: 11/30/2025

| | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| Nov-03-25 | CAM Continue working on Reply in Support of Statement of Material Facts. | $450.00 | 1.10 | 495.00 |
| | CAM Continue working on Reply in Support of Motion for Final Summary Judgment. | $450.00 | 3.60 | 1,620.00 |
| Nov-04-25 | EDI Reviewed reply in support of motion for summary judgment as to statement of undisputed facts | $625.00 | 0.60 | 375.00 |
| | CAM Continue working on Reply in Support of Motion for Final Summary Judgment. | $450.00 | 3.00 | 1,350.00 |
| | CAM Continue working on Reply to Statement of Undisputed Facts in Support of Motion for Final Summary Judgment. | $450.00 | 0.80 | 360.00 |
| Nov-05-25 | EDI Reviewed and revised reply in support of motion for summary judgment | $625.00 | 0.60 | 375.00 |
| | CAM Finalize Reply in Support of Motion for Final Summary Judgment. | $450.00 | 0.20 | 90.00 |
| | CAM Finalize Reply to Statement of Undisputed Facts in Support of Motion for Final Summary Judgment. | $450.00 | 0.10 | 45.00 |
| | CAM Finalize Reply in Support of Motion for Final Summary Judgment. | $450.00 | 1.00 | 450.00 |
| | CAM Finalize Reply to Statement of Undisputed Facts in Support of Motion for Final Summary Judgment. | $450.00 | 0.30 | 135.00 |

| | | Total Hours and Fees | 11.30 | $5,295.00 |
|---|---|---|---|---|

**COSTS**

|  | Page | 2 |
|---|---|---|
|  | Invoice #: | 73476 |
|  | File #: | B0005-618 |

| Nov-01-25 | Westlaw Charges for Month of October 2025 | 526.40 |
|---|---|---|
| Nov-10-25 | PACER | 10.40 |
|  | PACER | 0.10 |

|  | Total Costs | $536.90 |
|---|---|---|

|  | **Sub-Total Current Fees and Costs** | **$5,831.90** |
|---|---|---|
|  | Previous Balance | 42,583.49 |
|  | Previous Payments | 42,583.49 |

|  | **Amount Due** | **$5,831.90** |
|---|---|---|

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 1.20 | $625.00 | $750.00 |
| Catherine A. Mancing | 10.10 | $450.00 | $4,545.00 |

## Isicoff Ragatz
Courvoisier Centre
601 Brickell Key Drive, Suite 750
Miami, FL 33131

FEI#: 20-2087186

| | |
|---|---|
| Baptist Health South Florida, Inc. | January 8, 2026 |
| 8900 N. Kendall Drive | File #:    B0005-618 |
| Accounts Payable Dept. - Attn: David Friedman, Esq. | Inv #:       73549 |
| Miami, FL 33176 | |

**RE:**   Heriberto Valiente (Federal Court)
For Professional Services Rendered Through:   12/31/2025

| | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| Dec-24-25 EDI | Reviewed order on summary judgment and final judgment; analysis of potential appellate issues | $625.00 | 0.60 | 375.00 |
| | CAM Review Order granting Motion for Summary Judgment, and Final Judgment. | $450.00 | 0.20 | 90.00 |
| | CAM Email to D. Friedman regarding the Order granting Motion for Summary Judgment and Final Judgment. | $450.00 | 0.10 | 45.00 |
| Dec-29-25 | CAM Prepare Motion for Award of Taxable Costs. | $450.00 | 2.00 | 900.00 |
| Dec-30-25 EDI | Reviewed motion to tax costs and Bill of Costs; communications regarding same | $625.00 | 0.60 | 375.00 |
| | CAM Research and analyze analytics of Judge Ruiz's orders on motions for attorneys' fees. | $450.00 | 0.60 | 270.00 |
| | CAM Prepare Bill of Costs. | $450.00 | 1.00 | 450.00 |
| | CAM Continue working on Motion for Award of Taxable Costs. | $450.00 | 0.60 | 270.00 |
| | CAM Series of emails with D. Friedman regarding potential motion for entitlement to attorneys' fees. | $450.00 | 0.20 | 90.00 |
| | CAM Prepare Motion for Attorneys' Fees and Non-Taxable Costs. | $450.00 | 1.80 | 810.00 |
| Dec-31-25 | CAM Continue working on Motion for Award of Taxable Costs. | $450.00 | 0.10 | 45.00 |
| | CAM Legal research and analysis regarding award of attorneys' fees under the FDCPA and FCCPA. | $450.00 | 1.60 | 720.00 |
| | CAM Continue working on Motion for Attorneys' Fees and Non-Taxable Costs. | $450.00 | 0.80 | 360.00 |

Page    2
Invoice #:  73549
File #:  B0005-618

|  |  | Total Hours and Fees | 10.20 | $4,800.00 |
|---|---|---|---|---|

**COSTS**

| Dec-01-25 | Westlaw Research Charges November 2025 |  | 13.51 |
|---|---|---|---|
|  | Westlaw Research Charges November 2025 |  | 392.85 |
|  |  | Total Costs | $406.36 |

|  | **Sub-Total  Current Fees and Costs** | **$5,206.36** |
|---|---|---|
|  | Previous Balance | 5,831.90 |
|  | Previous Payments | 5,831.90 |
|  | **Amount Due** | **$5,206.36** |

**FEE SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Eric D. Isicoff | 1.20 | $625.00 | $750.00 |
| Catherine A. Mancing | 9.00 | $450.00 | $4,050.00 |

| Heriberto Valiente v. Baptist Health South Florida, Inc. - Summary of IR Fees for Entire Case | | | | | |
|---|---|---|---|---|---|
| Date | Invoice No. | Timekeeper | Billable Rate | Hours | Total Fees |
| 03/31/25 | 72740 | Catherine A. Mancing | $450.00 | 20.7 | $9,315.00 |
| | | | | | |
| 04/30/25 | 72846 | Eric D. Isicoff | $625.00 | 4.3 | $2,687.50 |
| | | Christopher M. Yannuzzi | $500.00 | 0.5 | $250.00 |
| | | Catherine A. Mancing | $450.00 | 27.5 | $12,375.00 |
| | | Eloisa Fernandez | $75.00 | 0.5 | $37.50 |
| | | | | | |
| 05/31/25 | 72929 | Eric D. Isicoff | $625.00 | 2.8 | $1,750.00 |
| | | Catherine A. Mancing | $450.00 | 21.0 | $9,450.00 |
| | | Eloisa Fernandez | $75.00 | 0.5 | $37.50 |
| | | | | | |
| 06/30/25 | 73017 | Eric D. Isicoff | $625.00 | 1.2 | $750.00 |
| | | Catherine A. Mancing | $450.00 | 0.8 | $360.00 |
| | | | | | |
| 07/31/25 | 73096 | Eric D. Isicoff | $625.00 | 0.5 | $312.50 |
| | | Catheirne A. Mancing | $450.00 | 3.3 | $1,485.00 |
| | | | | | |
| 08/31/25 | 73189 | Eric D. Isicoff | $625.00 | 2.3 | $1,437.50 |
| | | Catherine A. Mancing | $450.00 | 13.0 | $5,850.00 |
| | | | | | |
| 09/30/25 | 73289 | Eric D. Isicoff | $625.00 | 3.8 | $2,375.00 |
| | | Catherine A. Mancing | $450.00 | 47.6 | $21,420.00 |
| | | Eloisa Fernandez | $75.00 | 1.0 | $75.00 |
| | | | | | |
| 10/31/2025 | 73372 | Eric D. Isicoff | $625.00 | 2.1 | $1,312.50 |
| | | Catherine A. Mancing | $450.00 | 29.1 | $13,095.00 |
| | | | | | |
| 11/30/2025 | 73476 | Eric D. Isicoff | $625.00 | 1.2 | $750.00 |
| | | Catherine A. Mancing | $450.00 | 10.1 | $4,545.00 |
| | | | | | |
| 13/31/25 | 73549 | Eric D. Isicoff | $625.00 | 1.2 | $750.00 |
| | | Catherine A. Mancing | $450.00 | 9.0 | $4,050.00 |
| | | | | | |
| Grand Total | | | | 204.0 | $94,470.00 |

| Heriberto Valiente v. Baptist Health South Flordia, Inc. - Non-Taxable Costs through 12/31/2025 | | | | |
|---|---|---|---|---|
| Date | Invoice No. | Paid To | Explanation | Non-Taxable Cost |
| 4/1/2025 | 851712674 | Westlaw | Research | $1,086.79 |
| 5/1/2025 | 851862594 | Westlaw | Research | $691.23 |
| 6/1/2025 | 852006263 | Westlaw | Research | $1,061.30 |
| 7/1/2025 | 852157728 | Westlaw | Research | $29.16 |
| 7/7/2025 | 5708868-Q32025 | Pacer | Research | $0.30 |
| 9/1/2025 | 852301915 | Westlaw | Research | $366.30 |
| 9/18/2025 | 2025-3936D | Salmon & Dulberg | Mediation | $1,500.00 |
| 10/1/2025 | 852597259 | Westlaw | Research | $577.49 |
| 11/1/2025 | 852751514 | Westlaw | Research | $526.40 |
| 11/10/2025 | Have not yet received quarterly bill | Pacer | Research | $10.50 |
| 12/1/2025 | 852876420 | Westlaw | Research | $392.85 |
| | | | | |
| Grand Total | | | | $6,242.32 |